■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL GRANT, Appellant.—Judgment of the County Court, Nassau County, rendered August 1, 1975, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, Acting P. J., Latham, Cohalan, Margett and Hawkins, JJ., concur.